UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERI LEE HAWORTH,<br><br>    Plaintiff,<br><br>    v.<br><br>FAIRFIELD-SUISUN UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | No.  2:16-cv-00998 JAM GGH:<br><br>FINDINGS AND RECOMMENDATION |

PROCEDURAL BACKGROUND

    Plaintiff is proceeding in this matter pro se.  This proceeding was referred to this court by Local Rule 302(21), pursuant to 28 U.S.C. § 636(b)(1).

    On October 12, 2016 the court issued an Order granting Plaintiff permission to proceed in forma pauperis, but dismissing her Complaint with 30 days leave to Amend.  ECF No. 3.  No Amended Complaint has been filed.

CONCLUSION

    For the reasons set forth in the previous order, ECF # 3 (finding lack of subject matter jurisdiction), the undersigned recommends that the case be dismissed without prejudice.

    These findings and recommendations are submitted to the United States District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 737(b)(1).  Within thirty (30) days after service of this Order plaintiff may file written objections.  Such a document should be

1

1  captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is
2  advised that failure to file objections within the specified time may waive her right to appeal the
3  District Court's Order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  Dated: December 8, 2016

<u>/s/ Gregory G. Hollows</u>
UNITED STATES MAGISTRATE JUDGE